**Dismiss and Opinion Filed October 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01153-CV

**JORGE FRANCISCO LOPEZ, M.D. AND COLUMBIA
HOSPITAL AT MEDICAL CITY DALLAS SUBSIDIARY, L.P.
D/B/A MEDICAL CITY DALLAS HOSPITAL, Appellants**

**V.**

**MARTHA AND FELIX SALAZAR, Appellees**

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-14349-H**

## MEMORANDUM OPINION
Before Justices FitzGerald, Francis, and Myers
Opinion Per Curiam

The Court has before it appellants' September 20, 2013 joint unopposed motion to dismiss appeal. We **GRANT** the motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

1301153F.P05 PER CURIAM



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JORGE FRANCISCO LOPEZ, M.D. AND
COLUMBIA HOSPITAL AT MEDICAL
CITY DALLAS SUBSIDIARY, L.P. D/B/A
MEDICAL CITY DALLAS HOSPITAL,
Appellants

No. 05-13-01153-CV         V.

MARTHA AND FELIX SALAZAR,
Appellees

On Appeal from the 95th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-14349-H.
Opinion delivered Per Curiam. Justices
FitzGerald, Francis and Myers sitting for the
Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
It is **ORDERED** that appellees MARTHA AND FELIX SALAZAR recover their costs
of this appeal from appellants JORGE FRANCISCO LOPEZ, M.D. AND COLUMBIA
HOSPITAL AT MEDICAL CITY DALLAS SUBSIDIARY, L.P. D/B/A MEDICAL CITY
DALLAS HOSPITAL.

Judgment entered October 2, 2013

/Kerry P. FitzGerald/

KERRY P. FITZGERALD
JUSTICE

–2–